IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RANDOM BIOMETRICS LLC | § § § § | |
| Plaintiff, | | |
| vs. | § § § | Civil Action No.: 6:11-cv-00290-LED |
| TYCO INTERNARIONAL LTD., TYCO INTERNATIONAL (US), INC., CEM SYSTEMS LTD., AND VERITY TECHNOLOGIES PRIVATE LIMITED | § § § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

On February 2, 2012, Plaintiff Random Biometrics LLC filed a Stipulation for Dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Court hereby confirms the stipulation and hereby dismisses the above-captioned action without prejudice. Each side shall bear its own costs.

**So ORDERED and SIGNED this 6th day of February, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**